UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

LUIS BENITEZ,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/28/2022_
```

19 Cr. 201 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing in this matter shall proceed on **November 30, 2022**, at **2:00 p.m.**, and shall occur in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Because of the COVID-19 pandemic, individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted. Further information on the COVID-19 protocols can be found here: https://www.nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED.

Dated: July 28, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge