UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

LUIS BENITEZ,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2022_

19 Cr. 201 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter has been scheduled for **November 30, 2022**, at **2:00 p.m.** Accordingly, Defendant's sentencing submission is due two weeks prior to sentencing. The Government's sentencing is due one week prior to sentencing.

    SO ORDERED.

Dated: July 29, 2022
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge