UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS BENITEZ,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2022
```

19 Cr. 201 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for November 30, 2022, is ADJOURNED to **January 4, 2023**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    The parties are reminded that Defendant's sentencing submission is due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: November 17, 2022
       New York, New York

                                                        ANALISA TORRES
                                          United States District Judge